IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff,<br>v.<br><br>JOSUE REYES VELEZ<br>    Defendant. | Criminal no. 21-132 (RAM) |

**MOTION FOR AUTHORIZATION TO FILE CJA VOUCHER**

**TO THE HONORABLE COURT:**

Comes now the undersigned and respectfully states and prays as follows:

1. On June 26, 2023, the Court granted the undersigned's motion to withdraw and appointed Antonio Bisbal Bultron, Esq., to represent Mr. Reyes Vélez. (*See* Docket Entry #532)

2. Since the appointment of counsel Bisbal Bultron, Esq., the undersigned has discussed the particulars and forwarded all relevant materials for the case.

WHEREFORE, due to the undersigned having completed all his duties in this case, permission is requested to file a CJA Voucher for this case.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 28th day of June, 2023.

**I HEREBY CERTIFY**, that on this date the present document has been filed electronically and is available for viewing and downloading from the Court's CFM/ECF system by U.S. Attorney's Office.

*s/ Diego H. Alcalá Laboy*
Diego H. Alcalá Laboy
PO Box 12247
Tel.: (787) 432-4910
USDC-PR No. 300504
dalcala@defensorialegal.com